UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
SANDHU, AVTAR S.                    §     Case No. 12-43721
KAUR, BALBIR                        §
                                    §
                                    §
         Debtor(s)                  §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 AM on 11/07/2013 in Courtroom 240,
         United States Courthouse
         c/o Kane County Courthouse
         100 S. 3rd St., Geneva, IL  60134
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/24/2013          By: Kenneth S. Gardner
                                     Clerk of the Bankruptcy Court


JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560

UST Form 101-7-NFR (5/1/2011) (Page: 1)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
SANDHU, AVTAR S. §   Case No. 12-43721
KAUR, BALBIR §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 10,000.00 |
| and approved disbursements of | $ | 10.00 |
| leaving a balance on hand of[1] | $ | 9,990.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: JOSEPH R. VOILAND | $ 1,750.00 | $ 0.00 | $ 1,750.00 |
| Trustee Expenses: JOSEPH R. VOILAND | $ 117.97 | $ 0.00 | $ 117.97 |
| Total to be paid for chapter 7 administrative expenses | | | $ 1,867.97 |
| Remaining Balance | | | $ 8,122.03 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 110,253.48 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | JPMorgan Chase Bank, N.A. | $ 110,253.48 | $ 0.00 | $ 8,122.03 |
| | Total to be paid to timely general unsecured creditors | | | $ 8,122.03 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Joseph R. Voiland
Trustee

*JOSEPH R. VOILAND*
*1625 WING ROAD*
*YORKVILLE, IL 60560*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 12-43721-CAD
Avtar S. Sandhu                                                         Chapter 7
Balbir Kaur
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mgonzalez              Page 1 of 2           Date Rcvd: Sep 25, 2013
                              Form ID: pdf006              Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2013.
```
db/jdb     +Avtar S. Sandhu,   Balbir Kaur,   5409 Alexandria Lane,   Carpentersville, IL 60110-3295
19651336    Associates in Psychiatry & Coun.,   2050 Larkin Avenue,   Suite 202,   Elgin, IL 60123-5899
19651337   +Barrington Anes Assoc,   P.O. Box 66202,   Chicago, IL 60666-0202
19651338   +Cardiac Arrhythmia Services Ltd,   4250 North Marine Dr. Suite 236,   Chicago, IL 60613-6211
19651339   +Cardiomedix, Inc.,   1840 Oak Avenue,   Suite # 218,   Evanston, IL 60201-3688
19651340   +Cepamerica Illinois LLP,   P.O. Box 582663,   Modesto, CA 95358-0070
19651341    Chase,   P.O. Box 9001020,   Louisville, KY 40290-1020
19651342    Creditors Discount & Audit Co.,   415 E. Main St.,   P.O. Box 213,   Streator, IL 61364-0213
19651347   +Echelon Recovery Inc,   P.O. Box 1880,   Voorhees, NJ 08043-7880
19651348    Edgepark Medical Supplies,   1810 Summit commerce Park,   Twinsburg, OH 44087-2377
19651349    Elgin Medi-Transport Inc.,   P.O. Box 323,   Elgin, IL 60121-0323
19651350    Fox Valley Laboratory Physicians SC,   P.O. Box 5133,   Chicago, IL 60680-5133
19651352    Intergrative Rehab Medicine,   P.O. Box 4912,   Wheaton, IL 60189-4912
19651353    JPMorgan Chase Bank, N. A,   P.O. Box 260180,   Baton Rouge, LA 70826-0180
19683898    JPMorgan Chase Bank, N.A.,   c/o Five Lakes Agency, Inc.,   P.O. Box 80730,
             Rochester, MI  48308-0730
19899806   +Loyola Medicine,   2 Westbrook Corporate Center Ste 600,   Westchester, IL 60154-5716
19899807   +Loyola Medicine,   PO Box 99400,   Louisville, KY 40269-0400
19899808    Loyola University Health System,   2160 South Frist Ave,   Maywood, IL 60153
19899804   +Loyola University Medical Center,   PO Box 99400,   Louisville, KY 40269-0400
19899805   +Loyola University Meical Center,   PO Box 3021,   Milwaukee, WI 53201-3021
19651354    Medical Business Bureau, LLC,   P.O. Box 1219,   Park Ridge, IL 60068-7219
19899803   +Medicredit Inc,   PO Box 1022,   Wixom, MI 48393-1022
19651356    Midwest Diagnostic Pathology, SC,   75 Remittance Dr.,   Ste 3070,   Chicago, IL 60675-3070
19651358   +NITIN KHER MD SC,   P.O. Box 787,   McHenry, IL 60051-9013
19651361    NWPSM Crystal Lake,   P.O. Box 859,   Crystal Lake, IL 60039-0859
19651357   +Nephrology Associates of N. Illinoi,   P.O. Box 3369,   Oak Park, IL 60303-3369
19651359   +Northwest Kidney Consultants,   2707 Carrington Drive,   Dundee, IL 60118-1755
19651360    Northwest Suburban Imaging Assoc.,   34659 Eagle way,   Chicago, IL 60678-1346
19651362    Prism Healthcare Services, Inc,   1261 Wiley Road,   Suite L,   Schaumburg, IL 60173-4353
19899802   +Proponent Medical Group,   2350 Royal Blvd,   Elgin, IL 60123-4746
19651363    Shah  Med Associates,   P.O. Box 967,   Tinley Park, IL 60477-0967
19651367   +Shenandoah Homeowners' Association,   C/O Macks LLC,   820 E. Terra Cotta Avenue Suite #20,
             Crystal Lake, IL 60014-3649
19651366   +Shenandoah Homeowners' Association,   C/O Macks LLC,   820 E. Terra Cotta Avenue Suite 201,
             Crystal Lake, IL 60014-3655
19651373    Sherman Hospital,   35134 Eagle Avenue,   Chicago, IL 60678-1351
19651368    Sherman Hospital,   35134 Eagle Way,   Chicago, IL 60678-1351
19651374    Specialist in Gastroenterology,   1710 N. Randall Rd #280,   Elgin, IL 60123-9404
19651375    Specialty Care Barrington,   602 Fox Glen Court,   Barrington, IL 60010-1834
19651376   +Superior Air Ground Amb Serv.,   P.O. Box 1407,   Elmhurst, IL 60126-8407
19651381   +Total Home Health,   P.O. Box 30919,   Akron, OH 44309-3919
19651380    Total Home Health,   50 S. McLeon Blvd,   Elgin, IL 60123
19651383    Tri- County Emergency Physician,   P.O. Box 98,   Barrington, IL 60011-0098
19651385   +U.S. Bank Home Mortgage,   4801 Frederica Street,   Owensboro, KY 42301-7441
19651386    Welling Radiology Group, SC,   39006 Treasury Ctr,   Chicago, IL 60694-9000
19651389    Wellington Radiology Group, SC,   39006 Treasure Ctr,   Chicago, IL 60694-9000
19651387   +Wellington Radiology Group, SC,   39006 Treasury Ctr,   Chicago, IL 60694-9000
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19651355    +Fax: 847-227-2151 Sep 26 2013 02:39:45    Medical Recovery Specialist, LLC,
             2250 E. Devon Avenue Ste 352,   Des Plaines, IL 60018-4519
                                                                                              TOTAL: 1
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
19651343*    Creditors Discount & Audit Co.,   415 E. Main St.,   P.O. Box 213,   Streator, IL 61364-0213
19651344*    Creditors Discount & Audit Co.,   415 E. Main St.,   P.O. Box 213,   Streator, IL 61364-0213
19651345*    Creditors Discount & Audit Co.,   415 E. Main St.,   P.O. Box 213,   Streator, IL 61364-0213
19651346*    Creditors Discount & Audit Co.,   415 E. Main St.,   P.O. Box 213,   Streator, IL 61364-0213
19651364*    Shah Med Associates,   P.O. Box 967,   Tinley Park, IL 60477-0967
19651365*    Shah Med. Associates,   P.O. Box 967,   Tinley Park, IL 60477-0967
19651369*    Sherman Hospital,   35134 Eagle Way,   Chicago, IL 60678-1351
19651370*    Sherman Hospital,   35134 Eagle Way,   Chicago, IL 60678-1351
19651371*    Sherman Hospital,   35134 Eagle Way,   Chicago, IL 60678-1351
19651372*    Sherman Hospital,   35134 Eagle Way,   Chicago, IL 60678-1351
19651377*   +Superior Air Ground Amb Serv.,   P.O. Box 1407,   Elmhurst, IL 60126-8407
19651378*   +Superior Air Ground Amb Serv.,   P.O. Box 1407,   Elmhurst, IL 60126-8407
19651379*   +Superior Air Ground Amb Serv.,   P.O. Box 1407,   Elmhurst, IL 60126-8407
19651382*   +Total Home Health,   PO Box 30919,   Akron, OH 44309-3919
19651384*    Tri- County Emergency Physician,   P.O. Box 98,   Barrington, IL 60011-0098
19651390*    Wellington Radiology Group, SC,   39006 Treasure Ctr,   Chicago, IL 60694-9000
19651388*   +Wellington Radiology Group, SC,   39006 Treasury Ctr,   Chicago, IL 60694-9000
```

```
District/off: 0752-1          User: mgonzalez             Page 2 of 2                  Date Rcvd: Sep 25, 2013
                              Form ID: pdf006            Total Noticed: 46

19651351    ##+Hashemi Medical Group S. C.,    4 Executive Ct.,   Suite #3,   Barrington, IL 60010-9519
                                                                                  TOTALS: 0, * 17, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2013                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2013 at the address(es) listed below:
```
              Harry P Stinespring, IV    on behalf of Joint Debtor Balbir  Kaur halstinespring@hotmail.com
              Harry P Stinespring, IV    on behalf of Debtor Avtar S. Sandhu halstinespring@hotmail.com
              Joseph  Voiland     jrvoiland@sbcglobal.net,   jvoiland@ecf.epiqsystems.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 4
```